AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

ANTONIO ARGUELLES,

        Plaintiff,

v.

BROWNSVILLE INDEPENDENT SCHOOL DISTRICT,

        Defendant.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-99-199

TO: (Name and Address of Defendant)

BROWNSVILLE INDEPENDENT SCHOOL DISTRICT
Mr. G. Wallace Jackson, Superintendent
1900 Price Road
Brownsville TX 78521

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Dennis Sanchez
SANCHEZ, WHITTINGTON, JANIS & ZABARTE, LLP
100 North Expressway 83
Brownsville TX 78521-2284

an answer to the complaint which is herewith served upon you, within \_\_\_20\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby
CLERK

12-16-99
DATE

_(signature)_
BY DEPUTY CLERK

AO 440 (Rev 1/90) Summons in a Civil Action

B-99-199

United States District Court
Southern District of Texas
FILED

DEC 20 1999

Michael N. Milby
Clerk of Court

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/20/1999 |
| NAME OF SERVER (PRINT) EDWARD GERUSA JR. | TITLE PRIVATE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: HENRY LEURIER

☐ Returned unexecuted: _____

☒ Other (specify): SERVED AT DEFENDANT'S PLACE OF BUSINESS

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| LOCAL | PROCESS SERVICE 55.00 | 55.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/20/1999

Signature of Server

2390 CENTRAL BLVD, STE. B
BROWNSVILLE, TX 78520
Address of Server

United States District Court
Southern District of Texas
RECEIVED

DEC 20 1999

Michael N. Milby, Clerk

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.