IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANTONIO ARGUELLES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-99-199 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on April 21, 2000, the Court reviewed the file in *Arguelles v. BISD*, Civil Action No. B-99-199.

The parties have failed to file a Joint Discovery/Case Management Plan in accordance with Rule 26(f) of the Federal Rules of Civil Procedure and Rule 8 of the Chamber's Civil Procedure Manual. The parties are ORDERED to file a Joint Discovery/Case Management Plan no later than 4:00, April 25, 2000. At the scheduling conference, the Court will address this oversight and determine whether sanctions are appropriate.

DONE at Brownsville, Texas, this 24th day of April 2000.

_____
Hilda G. Tagle
United States District Judge