7

United States District Court
Southern District of Texas
FILED

# Civil Courtroom Minutes

APR 27 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas   ☐ Koerner |
| DATE | 04 — 27 — 00 |
| TIME | 9:30 a.m. — 9:45 a.m. |
| CIVIL ACTION | B — 99 — 199 |
| STYLE | ARGUELLES *versus* BISD |

DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference; ____ day   ☐ Bench   ☐ Jury Trial   (Rptr. Breckecord)

Sanchez      for    ■ Ptf. #_____   ☐ Deft. #_____
Nichols      for    ☐ Ptf. #_____   ■ Deft. #_____

1. Parties filed a scheduling order.
2. Parties filed a Joint Discovery/Case Management Plan.
3. Parties intend to mediate at an appropriate time.