8

# UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

ANTONIO ARGUELLES, Plaintiff,  §
versus                         §   CIVIL ACTION B- 99-199
                               §
BROWNSVILLE INDEPENDENT SCHOOL §
DISTRICT, Defendant.           §

United States District Court
Southern District of Texas
ENTERED

MAY 03 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __3__ days.                  ☐ Bench   ☑ Jury

2. New parties must be joined by:                             __7/7/00__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   __9/1/00__

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:                            __10/27/00__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:                                  __10/27/00__

************************   The court will provide these dates.   ************************

7. Joint pretrial order is due:                               __12-20-00__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:                       __1-4-01__
9. Jury Selection is set for 9:00 Am on:                      __1-8-01__
   The case will remain on standby until tried.

Signed __May 2__, __2000__, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*[Signature: Denn Sanchez]*
Counsel for  Plaintiff

*J. Erik Nichols by permission DMS*
Counsel for  Defendant BISD

Counsel for _____

Counsel for _____

Counsel for _____

Counsel for _____