9

United States District Court
Southern District of Texas
FILED

DEC 0 5 2000

Michael N. Milby
Clerk of Court

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

| | | |
|---|---|---|
| ANTONIO ARGUELLES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | C.A. NO. B-99-199 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, ANTONIO ARGUELLES, Plaintiff, by and through his attorney, Dennis Sanchez, and BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, Defendant, by and through its attorney, D. Roderick MacRae II, and file this their Joint Motion for Dismissal in the above-styled and numbered cause,, and in support thereof would respectfully show unto the Court the following:

I

Plaintiff and Defendant have been able to compromise and settle all matters of controversy in this matter. As a result of the settlement, there is no longer any necessity for the continued litigation of the above-styled and numbered cause.

The parties therefore would request that this Court dismiss this cause with prejudice against all parties to file any same or similar suit, with court costs being assessed against the party incurring same.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS ZABARTE, L.L.P.

Dennis Sanchez
SBN 17569600
Fed. ID No. 1594
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 and 546-3766 - Fax

ATTORNEYS FOR PLAINTIFF
ANTONIO ARGUELLES

HENSLEE, FOWLER, HEPWORTH & SCHWARTZ, L.L.P.

D. Roderick MacRae II
SBN 00788955
Fed. ID No. 21824
3200 Southwest Freeway, Suite 2355
Houston, Texas 77027-7526
713/552-1693
713/552-1697 Fax

ATTORNEYS FOR DEFENDANT
BROWNSVILLE INDEPENDENT
SCHOOL DISTRICT